AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*           DISTRICT OF    NEVADA

JOHN BRAATEN,

      Plaintiff,       JUDGMENT IN A CIVIL CASE

v.

                         CASE NUMBER: **3:15-cv-00174-LRH-WGC**

NEWMONT USA LIMITED,

      Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendant Newmont USA Limited's Motion for Summary Judgment (ECF No. 43) is GRANTED. Judgment is entered against plaintiff John Braaten in favor of defendant Newmont USA Limited.

    February 10, 2017                                                                 **DEBRA K. KEMPI**
                                                                                       Clerk

                                                                                     /s/ K. Rusin
                                                                                    Deputy Clerk